COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Richard Barroso v. The State of Texas

Appellate case number:      01-21-00304-CV

Trial court case number:     110208-I

Trial court:                          412th District Court of Brazoria County

Appellant, Richard Barroso, filed a notice of appeal of the trial court's May 18, 2021 "Order of Dismissal." Appellant has also filed a "Motion to be Granted to Proceed In Forma Pauperis as Status in Trial Court" pursuant to Texas Rule of Appellate Procedure 20.1(b)(1). Rule 20.1 governs indigency of a party for purposes of appellate costs. *See* TEX. R. APP. P. 20.1. Based on his motion, it appears appellant seeks to proceed without costs on appeal, alleging that he was not required to pay costs in the trial court. *See* TEX. R. APP. P. 20.1(b)(1). However, appellant's motion does not include any evidence regarding his indigency status in the trial court, and the clerk's record is not yet due to be filed with this Court. *See* TEX. R. APP. P. 35.1.

Accordingly, the trial court clerk is directed to prepare, certify, and file with this Court, without advance payment of costs, a clerk's record on indigence containing:

- the trial court's May 18, 2021 "Order of Dismissal;"

- any motion or request by appellant to proceed in the trial court proceedings as indigent or otherwise to proceed without payment of trial court costs;

- any motion seeking a correction or clarification of any motion or request by appellant to proceed in the trial court proceedings as indigent or otherwise to proceed without payment of trial court costs;

- any motion seeking to require appellant to pay costs or prove his inability to pay costs;

- any notice of any hearing on a motion seeking to require appellant to pay costs or prove his inability to pay costs;

- any trial court order requiring appellant to pay costs and any findings in support of such an order; and

- any other documents directly related to appellant's payment of costs.

*See* TEX. R. CIV. P. 145(a), (b), (d), (f); *see also* TEX. R. APP. P. 20.1.

**The clerk's record on indigence is due to be filed in this Court no later than fourteen days from the date of this order.**

IT IS SO ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
         ☑ Acting individually   ☐ Acting for the Court

Date: ___June 29, 2021_____